THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Sidney Darden
 Dowling, Jr., Appellant.
 
 
 
 
 

Appeal From Charleston County
Michelle J. Childs, Circuit Court Judge

Unpublished Opinion No. 2008-UP-670
 Submitted December 1, 2008  Filed
December 8, 2008    

APPEAL DISMISSED

 
 
 
 Appellate Defender Eleanor Duffy Cleary, of
 Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Salley W. Elliott, all of Columbia; and Solicitor Scarlett Anne Wilson,
 of Charleston, for Respondent.
 
 
 

PER CURIAM:  Sidney
 Darden Dowling, Jr. pled guilty to five counts of first degree criminal sexual
 conduct with a minor and one count of lewd act upon a minor.  Dowling argues
 his guilty plea did not comply with the mandates set forth in Boykin v.
 Alabama, 395 U.S. 238 (1969).    After a thorough review of the record and counsels
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Dowlings appeal
 and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.  
ANDERSON,
 HUFF, and THOMAS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.